IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JULIA EMILIA MARTINEZ RIVERA                CASE NO. 11-06896 BKT

                                            Chapter 11


XXX-XX-5288


                                    **FILED & ENTERED ON 04/09/2013**

          Debtor(s)

ORDER

The Motion filed by Scotiabank in Compliance with Order (docket #172) is hereby NOTED. Scotiabank will inform the status of the State Court litigation within the next six months by October 9, 2013.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of April, 2013.

                                            Brian K. Tester
                                            U.S. Bankruptcy Judge

CC:    DEBTOR(S)
       MAXIMILIANO TRUJILLO GONZALEZ
       SOLYMAR CASTILLO MORALES